UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SHERRI ERRINGTON,

                              Petitioner,

            v.

WARDEN BEDFORD HILLS C.F.,

                              Respondent.

No. 1:17-cv-00258 (EAW)

# STATE COURT RECORD

ERIC T. SCHNEIDERMAN
  *Attorney General of the*
  *State of New York*
Attorney for Respondent
120 Broadway, 25th Floor
New York, New York 10271
(212) 416-8620

LISA ELLEN FLEISCHMANN
MARGARET A. CIEPRISZ
  *Assistant Attorneys General*
     *of Counsel*

Dated: August 18, 2017

## **TABLE OF CONTENTS**

Record on Appeal, Volume I ................................................................................ SR 1-229
    Petitioner's Written Statement .................................................................. SR 95
    Transcript of text messages................................................................ SR 104-229

Record on Appeal, Volume II............................................................................ SR 230-307
    Videotaped statement of petitioner..................................................... SR 231-307

Petitioner's Counseled Appellate Division Brief ................................................. SR 313

District Attorney's Appellate Division Brief....................................................... SR 351

Appellate Division Order Affirming Conviction ................................................. SR 396

Petitioner's Counseled Leave Application to the Court of Appeals ................... SR 400

District Attorney's Opposition to Leave............................................................. SR 402

Petitioner's *Pro Se* Leave Application to the Court of Appeals ......................... SR 404

Court of Appeals Order Denying Leave.............................................................. SR 422

Petitioner's *Pro Se* CPL § 440 Motion ............................................................... SR 423

District Attorney's Opposition to CPL § 440 Motion.......................................... SR 428

Decision and Order Denying CPL § 440 Motion ................................................ SR 432

Petitioner's *Pro Se* Leave Application to the Appellate Division ...................... SR 434

Appellate Division Order Denying Leave.......................................................... SR 444